IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CITY OF MARION, ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO. 12-999-SCW |
| | ) | |
| U.S. SPECIALTY INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| U.S. SPECIALTY INSURANCE COMPANY, | ) | |
| Counter Claimant | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| CITY OF MARION, ILLINOIS, | ) | |
| | ) | |
| Counter Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of Defendants/Counter-Claimant **U.S. SPECALTY INSURANCE COMPANY** and against Plaintiff/Counter-Defendant **CITY OF MARION, ILLINOIS**, in accordance with Order entered by United States Magistrate Judge Stephen C. Williams on April 30, 2013 (Doc. 23)

**DATED: May 2, 2013**

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
Deputy Clerk

Approved by   s/Stephen C. Williams
**United States Magistrate Judge
Stephen C. Williams**